FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT B.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　　Defendant. | No.   4:20-cv-5109-EFS<br><br>**ORDER GRANTING THE COMMISSIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME** |

　　　Before the Court is the Defendant Commissioner of Social Security's Unopposed Motion for an Extension of Time. ECF No. 18. The Commissioner requests that the deadline to file a responsive motion be extended from April 28, 2021, to June 2, 2021, and avers Plaintiff's counsel has no objection to the requested extension. *Id.* Upon reviewing the record, the Court finds good cause to grant the extension and extend corresponding deadlines.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　　The Commissioner's Unopposed Motion for an Extension of Time, **ECF No. 18**, is **GRANTED**.

　　　1.　　The Commissioner shall file any responsive motion or memorandum by **Wednesday, June 02, 2021**.

2. Plaintiff's optional reply shall be filed by **Wednesday, June 16, 2021**.

3. The summary-judgment motions shall be set for hearing without oral argument on **Friday, July 16, 2021**, unless a party contacts the Courtroom Deputy, (509) 943-8174, at least three weeks before this hearing date to arrange oral argument.

IT IS SO ORDERED. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this  28th   day of April 2021.

                 s/Edward F. Shea
                EDWARD F. SHEA
     Senior United States District Judge